■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD MIZELL, Appellant. [777 NYS2d 643]—Judgment, Supreme Court, Bronx County (Nicholas Iacovetta, J.), rendered on or about May 9, 2002, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur— Nardelli, J.P., Saxe, Sullivan, Marlow and Catterson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROSA GARCIA, Appellant. [777 NYS2d 639]—

Judgment, Supreme Court, New York County (Rena K. Uviller, J.), rendered November 21, 2002, convicting defendant, upon her plea of guilty, of manslaughter in the first degree, and sentencing her to a term of nine years, unanimously affirmed.

The court sentenced defendant in precise accordance with the clear and unambiguous terms of her plea agreement. After a careful inquiry, the court correctly concluded that defendant did not qualify for further leniency under the agreement, having failed to cooperate, as promised, and properly imposed the agreed-upon sentence (*see People v Anonymous*, 278 AD2d 111 [2000], *lv denied* 96 NY2d 797 [2001]). We perceive no basis for reducing the sentence. Concur—Nardelli, J.P., Saxe, Sullivan, Marlow and Catterson, JJ.